UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

     - against –

                                    Civil No. 13-cv-03778-JKB

$122,640.00 in U.S. Currency,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## MOTION TO EXTEND TIME TO RESPOND TO CLAIMANT'S MOTION TO DISMISS

The United States of America, by its counsel, moves to extend the time to respond to Claimant's Motion to Dismiss its Verified Complaint. In support of its motion, the Government says the following.

This is a civil forfeiture action against $122,640 in U.S. Currency that was seized from a traveler at BWI Airport when the currency was found concealed in vacuum-sealed bags in the traveler's carry-on luggage at the TSA checkpoint.

The Government filed the instant civil complaint on December 13, 2013, Claimant filed a timely claim and answer, and the Government served Claimant with special interrogatories pursuant to Rule G(6) on February 4, 2014, to which Claimant timely responded.

Following a conference call with the court on April 22, 2014, the court issued a scheduling order. (ECF 9). Among other things, the Order set a discovery deadline of August 21, 2014. In addition, the court has referred the matter to a Magistrate Judge Susan Gauvey for a settlement conference which is set for September 9, 2014. (ECF 10).

Since the issuance of the Scheduling Order the parties have engaged in extensive

1

discovery.   On various dates in April, May and June, the Government provided Claimant with responses to interrogatories and requests for production totaling nearly 400 pages.   Claimant responded to the Government's additional discovery requests on July 2 with more than 100 pages of documents, and on July 7, 2014, identified Claimant's expert witness.   Finally, on July 9, 2014, Claimant conducted a deposition of a law enforcement witness that counsel for the Government attended, and the Government has given counsel for the Claimant various dates in August and September on which it is willing to schedule the depositions of Claimant and her witnesses.

With the exception of four days, the undersigned counsel for the Government has been absent from the State of Maryland continuously since June 12, 2014, to care for his father who has inoperable cancer of the pancreas.   Counsel is sharing care-giving responsibilities with other family members but will remain absent from the State of Maryland until August 18.   The United States Attorney has allowed undersigned counsel to be absent from the office pursuant to the Family Medical Leave Act, and counsel has sought leave of the court in each of his cases to adjust various deadlines accordingly.

Citing these reasons, the Government moved on July 11, 2014 to extend the discovery deadline to September 4, 2014, to allow the undersigned counsel time to complete discovery following his return to Maryland.   (ECF 11).   Notwithstanding the opposition of counsel for the Claimant, the court granted the motion on the same day.   (ECF 12).

On or about July 18, 2014, Claimant filed the instant motion to dismiss the Government's verified complaint.   The Government's response is currently due on August 4, 2014, but as noted above, the undersigned counsel will be absent from the State of Maryland until August 18. Accordingly, for the reasons given in support of its previous motion to extend the discovery deadline, the Government respectfully requests that the court extend the deadline for responding to

the Claimant's motion to dismiss to the same day, September 4, 2014, or sometime thereafter as may appear reasonable to the court.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

By:_____/s/_____
        Stefan D. Cassella
        Assistant United States Attorney
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800