IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-3778 |
| **$122,640.00 IN U.S. CURRENCY,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is Plaintiff's motion for extension of time and for other relief. (ECF No. 18.) The motion is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART:

1. Plaintiff shall respond to Claimant's motion to quash (ECF No. 16) on or before September 4, 2014.

2. Discovery shall be completed by October 4, 2014.

3. Plaintiff shall respond to Claimant's motion to dismiss (ECF No. 13) on or before October 4, 2014.

4. Plaintiff's request for an instruction to Claimant's counsel regarding Plaintiff's direct contact with Claimant's expert witness is DENIED WITHOUT PREJUDICE. Plaintiff shall only contact Claimant's expert witness through Claimant's counsel unless the Court explicitly grants leave for such contact.

DATED this 1st day of August, 2014.

                                            BY THE COURT:

                                            _____/s/_____

                                            James K. Bredar
                                            United States District Judge