

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
J. Mark Coulson
U.S. Magistrate Judge

101 West Lombard Street
Baltimore, Maryland 21201
MDD_JMCChambers@mdd.uscourts.gov
Phone: (410) 962-4953
Fax: (410) 962-2985

August 22, 2014

NOTICE TO ALL COUNSEL OF RECORD:

Re: <u>USA v. $122,640</u>
     Civil No. 13-cv-3778

Dear Counsel:

    As you are likely aware, upon Judge Gauvey's retirement, the settlement conference in the above case has been reassigned to me. Accordingly, I am writing to confirm that the date and time previously scheduled and the required filings (i.e. ex parte letters, written demand and/or offer) remain in effect and can be submitted via e-mail to: MDD_JMCChambers@mdd.uscourts.gov.

    Should you have any questions or concerns, please contact my Judicial Assistant, Deborah Wengert-Rippetoe. Thank you for your cooperation during this transition.

Sincerely yours,

/s/

J. Mark Coulson
United States Magistrate Judge

Cc:    Honorable James K. Bredar
        Court File

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov