## DECLARATION OF JENNIFER STUBBS

I, Jennifer Stubbs, submit the following:

1. I have been employed as a paralegal contractor with Forfeiture Support Associates, LLC, working in the United States Attorney's Office for the District of Maryland since February 2014. Before February, I was employed as a legal assistant contractor with the same office. I started that position in May 2013.

2. I have helped AUSA Cassella with discovery on a few cases. My duties concerning discovery include; responding to interrogatory requests and requests for production, contacting agencies, gathering the relevant materials, bates numbering and cataloging responses as well as sending out responses to counsel.

3. In late March 2014, AUSA Cassella asked me to respond to the interrogatories and requests for production for U.S. v. $122,640. I contacted the DEA case agent, TFO Kevin Davis to assist me, however, he was out on bereavement leave and I was put in touch with TFO Steven Stauffer who assisted me until Davis was back in the office.

4. I contacted officers in the MTAP K-9 Unit directly via e-mail and telephone. I spoke with Corporal Joe Lambert via telephone on April 3, 2014. I was trying to locate materials that would be responsive to the discovery requests and I asked him what materials he had to that effect. On April 4, 2014, Cpl. Lambert e-mailed me a "K-9 Report", I responded asking him for his and Falco's certifications. Cpl. Lambert let me know that there would just be one certification and he later e-mailed me that certificate on April 7, 2014. (See attached e-mails).

5. On April 7, 2014, I contacted John McCarty, a trainer with MTAP whose name appeared on the training certificate. McCarty explained that he was the one who certified Lambert and Falco, but that he was out of work on medical leave with an injury and could not sit or stand for long periods and this would likely preclude him from being a witness. He indicated that Officer Mike McNerney trained Lambert and Falco and that I should contact him.

6. On April 10, 2014, I e-mailed AUSA Cassella telling him that although I hadn't spoken to him yet, based on what I had learned, McNerney would be the person to use as our expert.

7. On April 11, 2014, I spoke with Sergeant Joseph Hoyer via phone. He communicated that the certificate I had been given on April 7, 2014, was not the original and he

wanted to make sure we were aware of that. He also explained that he could not locate Falco's score sheets. I relayed that information to AUSA Cassella who directed me to draft a cover letter to counsel that would include the information that the certificate was not the original.

8. On April 15, 2014, I drafted Exhibit 2 and gave it to AUSA Cassella to read and sign. Once I received it back from AUSA Cassella I mailed it to Justin Brown. From April 23, 2014 to May 5, 2014, I made further efforts to gather all other records from Sgt. Hoyer.

9. On May 7, 2014, at Hoyer's suggestion, I called former trainer Ted Cox. He explained the following information: No one at MTAP wanted to talk to me because they didn't want to get involved, "they" lost the original certificate and the score card that goes with it and panicked and created a certificate and put a date on it which may not be the correct date. Cox also communicated to me that Falco was not getting the maintenance training required by law and that he likely had not been trained with uncirculated currency. Cox named McCarty as the person who created the new certificate. In summary, I understood Cox to say that Falco and Lambert had been certified but that MTAP panicked because they couldn't find the records to back it up and that McCarty was instructed to recreate the certificate and to date it as the date he recalled signing the original. I then relayed that information to AUSA Cassella.

10. On May 8, 2014, I spoke with Officer McNerney for the first time. He explained that Sgt. Hoyer had told him that he was taking care of everything and that McNerney had not known I needed to speak with him.

11. On June 13, 2014, AUSA Shea and I met with Sgt. Hoyer and Officer McNerney. They provided numerous additional documents. I remember AUSA Shea inquiring as to whether they had any questions or concerns and Sgt. Hoyer explained that he didn't like that the certificate had been recreated. AUSA Shea asked me if we had disclosed that fact to Brown and I said that we had.

12. To the best of my knowledge and recollection, this affidavit and the accompanying e-mails accurately summarize my involvement with the issue of K-9 Falco's certification.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C.§ 1746 THAT THE FACTS SET FORTH HEREIN ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Jennifer Stubbs

**Stubbs, Jennifer (USAMD) (Contractor)**

| | |
|---|---|
| From: | Joseph Lambert <​█████████████████> |
| Sent: | Friday, April 04, 2014 9:19 AM |
| To: | Stubbs, Jennifer (USAMD) (Contractor) |
| Subject: | K9 scan report |
| Attachments: | C13B019574 pos s.pdf |

Jennifer,

Attached is the K9 scan report. My trainer is out sick and I do not have access to his records. When I get in touch with him, I will try and get a copy of my certification. Hopefully it will be today but most likely Monday.

Cpl. Lambert

Gov't Exhibit: Stubbs 1

1

**Stubbs, Jennifer (USAMD) (Contractor)**

| | |
|---|---|
| om: | Joseph Lambert ████████████████ |
| Sent: | Friday, April 04, 2014 1:16 PM |
| To: | Stubbs, Jennifer (USAMD) (Contractor) |
| Subject: | Re: K9 scan report |

It will just be one certification, we certify as a team.

**From:** Stubbs, Jennifer (USAMD) (Contractor) ████████████████
**Sent:** Friday, April 04, 2014 01:14 PM
**To:** Joseph Lambert
**Subject:** RE: K9 scan report

That would be great, and Falco's as well. Thank you for getting to this so quickly!

Jennifer M. Stubbs
Contractor/FSA Paralegal
Asset Forfeiture Section
U.S. Attorney's Office for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
████████

**From:** Joseph Lambert ████████████████
**Sent:** Friday, April 04, 2014 9:19 AM
**To:** Stubbs, Jennifer (USAMD) (Contractor)
**Subject:** K9 scan report

Jennifer,

Attached is the K9 scan report. My trainer is out sick and I do not have access to his records. When I get in touch with him, I will try and get a copy of my certification. Hopefully it will be today but most likely Monday.

J. Lambert

Gov't Exhibit: Stubbs 2

1

**Stubbs, Jennifer (USAMD) (Contractor)**

| | |
|---|---|
| From: | Joseph Lambert ███████ |
| Sent: | Monday, April 07, 2014 10:03 AM |
| To: | Stubbs, Jennifer (USAMD) (Contractor) |
| Subject: | Training Certificate |
| Attachments: | Certificate.pdf |

Gov't Exhibit: Stubbs 3

1

**Stubbs, Jennifer (USAMD) (Contractor)**

---

| | |
|---|---|
| From: | Stubbs, Jennifer (USAMD) (Contractor) |
| Sent: | Thursday, April 10, 2014 11:03 AM |
| To: | Cassella, Stefan (USAMD) |
| Subject: | RE: Interrogatories - $122,640 |

Stef,

Attached are the responses to interrogatories. Please review them and let me know what edits need to be made.

Currently I have calls out to TSA and MTAP and am waiting for them to get back to me with their policies and procedures for seizing bulk currency. They are checking to make sure the information they have can be released to defense council.

I am waiting for the DEA agent Kevin Davis to get back to me regarding the first name of Officer Bethea. (Agent Davis has been out on bereavement leave and just returned this week but he has not responded to my calls yet).

I also have not yet spoken directly with Mike McNerney, (K-9 trainer), the expert you proposed using. But I have spoken with others who confirmed that he did train K-9 Falco. I put his name on the interrogatories as the proposed expert anyway. I have been calling him since Monday and he has not returned my calls. So I will still need to speak with him and get all of the pass fail records for Falco etc.

We can begin responding to the requests for production now (and continue to turn over the information as it comes) or we can wait until next week when I will hopefully hear back from McNerney, TSA and MTAP about their policies. Let me now what you would prefer.

Thank you,

[W]
$122,640
Interrogatories....

Jen

---

**From:** Stubbs, Jennifer (USAMD) (Contractor)
**Sent:** Monday, April 07, 2014 10:41 AM
**To:** Cassella, Stefan (USAMD)
**Subject:** RE: Experts - $122,640

The deadline is today. I want to make sure I have the right person. I just spoke with a man who certified the Officer and the K-9 together but did not actually train the dog. He is working on finding that information now.

Jen

---

**From:** Cassella, Stefan (USAMD)
**Sent:** Monday, April 07, 2014 10:34 AM
**To:** Stubbs, Jennifer (USAMD) (Contractor)
**Subject:** RE: Experts - $122,640

Gov't Exhibit: Stubbs 4

1

**Stubbs, Jennifer (USAMD) (Contractor)**

| | |
|---|---|
| om: | Joseph Hoyer |
| Sent: | Monday, May 05, 2014 9:56 AM |
| To: | Stubbs, Jennifer (USAMD) (Contractor) |
| Subject: | RE: Falco 2013 |

---

**From:** Stubbs, Jennifer (USAMD) (Contractor)
**Sent:** Friday, May 02, 2014 2:20 PM
**To:** Joseph Hoyer
**Subject:** RE: Falco 2013

Sgt. Hoyer,

I understand you must be busy and I truly appreciate your efforts in responding to my calls and e-mails. Please let me know if I should be speaking with someone else about these records or if you need a more formal request from us to get all of these records together.

I need to know the following:

1. How long has Falco been employed by MTAP?

Falco started training in March 2012

2. Why there are gaps in Falco's training?

The only gap in records is from March 2013 until July 2013. During that time Falco was not being used and was de-certified as his former handler left the department. His training started again in July when Cpl. Lambert became Falco's handler.

3. When exactly did these gaps in training occur? and

See Q2

4. Was Falco being used by MTAP during the time when he was not being trained monthly or was he on a break?

Falco was not being used on the street or training.

I hope you understand that it is important that the AUSA on this case has all of the answers when questions like this inevitably come up. **If you have come to the conclusion that certain records are lost or missing, please just let me know that now.** I know that you do not have the score card for Falco's training which was supposed to be with the    tification, but it looks like we're missing a lot more than that. I am getting K-9 records from other agencies that include a lot more documentation, but if these are the only types of records that MTAP keeps on their K-9s then of course *that is understa*ndable, just please let me know.

1

I'm not sure what other agencies are sending you outside of the training and certification records. We have all of our records except the score sheet.

As of now, you have sent me training records from:

June 2012

July 2012

August 2012

Dec 2012

Jan 2013

Feb 2013

March 2013

Missing, are records from Sept 2012-Nov 2012 (but we will need records from whenever Falco started working for MTAP) and any and all records from April 2013 on - which you said will pick back up in either July/Aug. Can you give me some indication of when I will receive those records from you?

. emailed everything to include all training records from the start of training. My guess is our firewall blocked the file transfer. I can put the records on a USB if that would be easier for you?

Lastly, I still have not heard anything from McNerney (sp?). If you would like for me to begin contacting him directly and leave you out of it, I am happy to do that. I just assumed it would be easier for you to pass the information along to him.

The contact is our former K9 Training Director Ted Cox. He was the trainer at the time of Falco's initial training. He can be reached at ███████

Thank you for your patience and please let me know if you have any questions for me.

Jennifer M. Stubbs
Contractor/FSA Paralegal
Asset Forfeiture Section
U.S. Attorney's Office for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
███████

2

**From:** Joseph Hoyer [███████████████]
**Sent:** Friday, April 25, 2014 8:21 AM
**To:** Stubbs, Jennifer (USAMD) (Contractor)
**ubject:** Re: Falco 2013


It should pick back up again with Lambert having Falco in July/August time frame. Off. Dix was Falco's previous handler and left the department so there is a gap in training.

**From:** Stubbs, Jennifer (USAMD) (Contractor) [███████████████]
**Sent:** Thursday, April 24, 2014 09:41 AM
**To:** Joseph Hoyer
**Subject:** RE: Falco 2013

Sgt. Hoyer,

It looks like these only go up to March 2013, the K-9 scan didn't occur until September 2013 so we will at least need the records up until that month. Also, is this the extent of the type of records you have on Falco? Please let me know when I can expect the rest.

I appreciate your responsiveness to this matter.

Thank you,

Jennifer M. Stubbs
Contractor/FSA Paralegal
Asset Forfeiture Section
.S. Attorney's Office for the District of Maryland
₃6 S. Charles Street, 4th Floor
Baltimore, MD 21201
████████




**From:** Joseph Hoyer [███████████████]
**Sent:** Wednesday, April 23, 2014 11:27 AM
**To:** Stubbs, Jennifer (USAMD) (Contractor)
**Subject:** Falco 2013



Sergeant Joe Hoyer

Commander, K9 Unit

ᴧryland Transportation Authority Police

.₊00 Broening Hwy STE 118

Baltimore, MD 21224

3

**Stubbs, Jennifer (USAMD) (Contractor)**

| | |
|---|---|
| ᴊm: | Stubbs, Jennifer (USAMD) (Contractor) |
| ᴊent: | Thursday, May 08, 2014 4:19 PM |
| To: | Cassella, Stefan (USAMD) |
| Subject: | RE: K-9 evidence $122,640 |

Hi Stef,

I decided to write down everything I've learned in the past day and e-mail it to you because I know you're busy and I will be out tomorrow.

As you know, I've been trying for around a month now to get the K-9 certification records for K-9 Falco. I was originally told by the K-9 Unit Commander (Sgt. Joe Hoyer) and another trainer (John McArty – currently out on medical leave), that **Mike McNerney** was Falco's trainer but I was not able to get in direct contact with McNerney himself. However, he is the person listed as our "expert" on the interrogatories to Justin Brown.

After getting minimal records from the Unit Commander, I sent him an e-mail asking him what was going on with these records, why they were missing certain months etc and who else I could contact if McNerney was going to continue to be unresponsive. He responded with the name and number of a Ted Cox, the *former* K-9 trainer, who left MTAP about 2 years ago. Ted told me that the reason I had been having trouble getting the information that I needed was because no one wants to get involved with this.

I was told that the certificate we received for Falco was a reproduction (which we already knew and disclosed to Brown) t that because MTAP had lost the certificate and score card that goes along with it, they basically panicked and ₂ated this new certificate which likely does not have the correct certification date on it. I also found out that K-9 Falco was likely not receiving the minimum monthly training required by law and that he likely has not been trained with uncirculated currency. Therefore, no one wanted to take the chance of being called to testify and having to reveal this information.

Today I received a call from McNerney who said he had not realized I was trying to get in touch with him because his Unit Commander was telling him that he was taking care of everything.

Heres what they know for sure: that Falco *was* in fact certified and underwent the initial basic training. McNerney was present for this. However, they do not have the records to back this up, aside from the bogus certificate. They do have some subsequent monthly training records but there are gaps in the months. For example, I was told Falco began training in March 2012 and I only have the following months:

June 2012
July 2012
August 2012
Dec 2012
Jan 2013
Feb 2013
March 2013

> Monday the Unit Commander told me he was sending me a thumb drive with more training records. So we will see
> ᴊt else is on there once I receive it. I told Ted Cox and Mike McNerney that you might be giving them a call.

What are your thoughts?

1                                                      Gov't Exhibit: Stubbs 6