UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JKB-13-3778 |
| $122,640 in U.S. Currency, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY

Claimant Samantha Banks, by and through counsel, C. Justin Brown, hereby moves this Court to grant her a 30-day extension of time to reply to the Government's Response to her Motion to Dismiss. The Reply is currently due on October 20, 2014. If this request were granted, the Reply would be due on November 19, 2014.

In support of this Motion, Claimant states the following:

1. Claimant filed her Motion to Dismiss on July 18, 2014; the Government responded on October 6, 2014.

2. There remain open discovery issues between the parties relevant to the Reply that Claimant intends to file. For example, the Government has agreed, in principle, to give Claimant some type of access to internal emails that were referenced in the Government's Opposition. That access had not yet been accomplished.

3. Undersigned counsel runs a small law firm and has other commitments that would make it difficult to complete the Reply by October 20, 2014. For example, Counsel has a two-day trial scheduled to start tomorrow (October 14, 2014) in Baltimore County Circuit Court.

4. The matters that will be addressed in the Reply are of a complicated nature and counsel would be benefitted by addition time.

5. Claimant conferred with opposing Government counsel regarding their position on this request. AUSA Barbara Sale has stated that AUSA Cassella is out of town and she is unable to give an answer until she hears back from him; thus Claimant does not know whether the Government opposes this request.

WHEREFORE, for the reasons described above, Claimant respectfully requests that this Court GRANT her Motion and extend to November 19, 2014, the filing deadline for her Reply to Government's Opposition to Motion to Dismiss.

Respectfully submitted,

_____/s/_____

C. Justin Brown
THE LAW OFFICE OF C. JUSTIN BROWN
231 E. Baltimore St., Suite 1102
Baltimore, MD 21202
Tel: 410-244-5444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October, 2014, a copy of the foregoing Motion was sent to each of the parties via CM/ECF.

_____/s/_____
C. Justin Brown

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JKB-13-3778 |
| $122,640 in U.S. Currency, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

In consideration of Claimant's Motion for Extension of Time in Which to Reply, it is hereby ORDERED that the Motion is GRANTED and Claimant has until November 19, 2014, to file her Reply to Government's Opposition to Motion to Dismiss.

_____

Judge