UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

       - against –

$122,640.00 in U.S. Currency,

        Defendant.

Civil No. 13-cv-03778-JKB

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STATUS REPORT

The court has requested a status report regarding the process for concluding the instant case.

This is a civil forfeiture action in which the defendant *in rem* is $122,640 in U.S. Currency. The only claim to the defendant currency was filed by Samantha Banks.

On January 26, 2015, the court dismissed the claim of Samantha Banks for lack of standing. *United States v. $122,640 in U.S. Currency,* ___ F. Supp.3d ___, 2015 WL 363843 (D. Md. Jan. 26, 2015). Accordingly, there are now no pending claims to the defendant property.

On this date, the Government is filing a request for the Clerk of the Court to enter a default as to the defendant property and against all persons who could have filed a claim to the defendant property but did not do so. The request is filed pursuant to Rule 55(a), F.R.Civ.P.

When the Clerk enters the default, the Government will move pursuant to Rule 55(b) for a default judgment. The entry of that judgment by the court will conclude the case.

        Respectfully submitted,

        Rod J. Rosenstein

1

       United States Attorney

  By:_____/s/_____
     Stefan D. Cassella
     Assistant United States Attorney
     36 South Charles Street
     Fourth Floor
     Baltimore, Maryland 21201
     (410) 209-4800